IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALDINE JOHNSON, | : | |
|    As Administratrix of the Estate of | : | |
|    Kenyado D. Newsuan, Deceased, | : | CIVIL ACTION |
| | : | |
|        Plaintiff, | : | No. 14-2331 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA; and | : | |
| POLICE OFFICER THOMAS DEMPSEY, | : | |
| | : | |
|        Defendants. | : | |

## ORDER

**AND NOW** this 30th day of April, 2015, upon consideration of defendants City of Philadelphia and Police Officer Thomas Dempsey's motion for summary judgment (Doc. No. 10), and plaintiff's responses thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and judgment is entered in favor of the defendants, City of Philadelphia and Police Officer Thomas Dempsey, and against the plaintiff, Geraldine Johnson, Administratrix of the Estate of Kenyado D. Newsuan, Deceased.

                                                    /s/  William H. Yohn Jr.
                                                    William H. Yohn Jr., Judge